**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.  14-MJ-00130-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  VERONICA HERRERA,**

**Defendant.**

## ORDER RE: RESTITUTION

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

As a condition of the Sentence in this matter the Defendant was ordered to pay Restitution in the amount of $5,359.38, and

**IT IS HEREBY ORDERED** that $3,818.30 of the restitution payment ordered should be made payable to Progressive Insurance, 24344 Network Place, Chicago, Illinois 60673-1243 for the value they reimbursed to the victim, Steven Herrera, under their policy covering his motorcycle.

**IT IS FURTHER ORDERED** that $1,541.08 of the restitution payment should go directly to the victim, Steven Herrera, P. O. Box 356, Ignacio, Colorado 81137.

**DATED: December 11, 2014.**

                **BY THE COURT:**

                **s/David L. West**
                **United States Magistrate Judge**