**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No. 14-MJ-00130-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  VERONICA HERRERA,**

**Defendant.**

---

**ORDER TERMINATING PROBATION**
**PRIOR TO ORIGINAL EXPIRATION DATE**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

  This matter coming before the Court on the supervising probation officer's recommendation that the Defendant be terminated from probation and the Court being fully advised,

  **IT IS HEREBY ORDERED** that the Defendant, Veronica Herrera, be discharged from probation and that the proceedings in this case be terminated.

**DATED: October 6, 2015.**

        **BY THE COURT:**

        **s/David L. West**
        **United States Magistrate Judge**